IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES WHITTENBERG,

    Plaintiff,                              No. CIV S-04-2313 FCD JFM P

    vs.

LT. L. ROLL,

    Defendant.                          ORDER

_____/

        On April 14, 2005, plaintiff filed a request for reconsideration of the magistrate judge's order filed March 29, 2005, denying request for appointment of counsel.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed March 29, 2005, is affirmed.

DATED: April 21, 2005.

                                              /s/ Frank C. Damrell Jr.
                                              FRANK C. DAMRELL JR.
                                              United States District Judge