IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES WHITTENBERG,

    Plaintiff,                    No. CIV S-04-2313 FCD JFM P

    vs.

LT. L. ROLL,

    Defendant.                <u>ORDER</u>

_____/

        On April 14, 2005, plaintiff filed a request to extend the time to file and serve discovery requests. This court's February 17, 2005 scheduling order required service of all requests for discovery no later than sixty days prior to June 3, 2005, the discovery cut-off date. Good cause appearing, plaintiff will be granted one brief extension of time in which to serve his discovery requests. The discovery cut-off will be extended to August 4, 2005. All other deadlines contained in the court's scheduling order remain the same.

        Therefore, IT IS HEREBY ORDERED that plaintiff's April 14, 2005 request to extend is partially granted. Plaintiff shall file and serve his discovery requests no later than May 20, 2005. The discovery cut-off is extended to August 4, 2005.

DATED: April 22, 2005.

*/signature/*

UNITED STATES MAGISTRATE JUDGE

/whit2313.dsc