IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES WHITTENBERG,

       Plaintiff,                        No. CIV S-04-2313 FCD JFM P

      vs.

LT. L. ROLL,

       Defendant.                    ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action. On July 12, 2005, plaintiff has renewed his request for the appointment of counsel for his next deposition.[1] Plaintiff's previous requests were filed on December 22, 2004 and March 17, 2005 and each was denied. For the reasons stated in those orders, IT IS HEREBY ORDERED that plaintiff's July 12, 2005 request is denied.

DATED: July 20, 2005.

                                         UNITED STATES MAGISTRATE JUDGE

/001;kf; whit2313.31b

---

[1] Although plaintiff references his desire to seek a continuance of his presently-scheduled deposition, plaintiff directed that request to counsel for defendants. Plaintiff states he is asking the court for appointment of counsel at the deposition.