IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAMES WHITTENBERG,** | CASE NO. CIV S-04-2313 FCD JFM P |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S NUNC PRO TUNC APPLICATION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |
| v. | |
| **LIEUTENANT L. ROLL,** | |
| Defendant. | |

Defendant Roll's nunc pro tunc application for extension of time to file a response to Plaintiff's discovery was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that Defendants' application is granted, and defendant Roll's responses to interrogatories, signed November 18, 2005, are deemed timely.

DATED: December 21, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

whit2313.nunc

1