1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                           SACRAMENTO DIVISION

11

12   **JAMES WHITTENBERG,**                    CASE NO. 2:04-cv-2313 FCD JFM P

13                              Plaintiff,     **ORDER GRANTING
                                               DEFENDANT'S SECOND**
14              **v.**                          **REQUEST FOR EXTENSION OF
                                               TIME TO FILE A MOTION FOR**
15   **LIEUTENANT L. ROLL,**                    **SUMMARY JUDGMENT**

16                              Defendant.

17

18        The Court, having considered Defendant's request for an extension of time to file a

19   motion for summary judgment, and good cause having been found.

20        IT IS HEREBY ORDERED that:

21        1. The deadline for both parties to file a dispositive motion is extended to June 26,

22   2006.

23        2. The parties are relieved of  their obligation to file pretrial statements pursuant to the

24   December 6, 2005 scheduling order until further order of court;

25        3. The July 14, 2006 pretrial conference before the undersigned is vacated;

26        4. The October 17, 2006 jury trial date before the Honorable Frank C. Damrell is

27   vacated; and

28   /////

                                          1

1          4.  The pretrial conference and jury trial dates will be reset, as appropriate, following

2    resolution of dispositive motions.

3    DATED:  May 17, 2006.

4

5                                                    _____
                                                     UNITED STATES MAGISTRATE JUDGE
6

7    whit2313.eot.wpd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28