IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES WHITTENBERG,

        Plaintiff,                      No. CIV S-04-2313 FCD JFM P

    vs.

LT. L. ROLL,

        Defendant.               ORDER

_____/

        Plaintiff has filed two requests for an extension of time to file and serve an opposition to defendant's June 26, 2006 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 11, 2006 and July 18, 2006 requests for an extension of time are granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendant's June 26, 2006 motion for summary judgment. Defendant's reply, if any, shall be filed seven days thereafter.

DATED: July 24, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp;001; whit2313.36(2)