IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES WHITTENBERG,

        Plaintiff,                   No. CIV S-04-2313 FCD JFM P

   vs.

LT. L. ROLL,

        Defendant.                <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action. On November 15, 2006, plaintiff renewed his request for the appointment of counsel.[1] Plaintiff's previous requests were filed on December 22, 2004, March 17, 2005 and July 12, 2005 and each was denied. For the reasons stated in those orders, IT IS HEREBY ORDERED that plaintiff's November 15, 2006 request is denied.

DATED: July 3, 2007.

                                           UNITED STATES MAGISTRATE JUDGE

/001;kf; whit2313.31c

---

[1] Plaintiff's filing is entitled "Reply Brief In Support of the Opposition to Defendants' Motion for Summary Judgment," but is a renewed request for appointment of counsel.