IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES WHITTENBERG,

    Plaintiff,                    No. CIV S-04-2313 FCD JFM P

    vs.

LT. L. ROLL,

    Defendant.               ORDER

_____/

        Plaintiff has requested an extension of time to file and serve objections to the July 5, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 23, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve objections to the July 5, 2007 findings and recommendations.

DATED: August 15, 2007.

                                          UNITED STATES MAGISTRATE JUDGE

/mp/001
whit2313.36